FILED ENTERED
LOGGED RECEIVED

OCT 28 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE NATIONAL LABOR COURT OF FIRST INSTANCE NO. 71 IN BUENOS AIRES, ARGENTINA IN THE MATTER OF MARIA XIMENA VIEITES V. GOOGLE ARGENTINA S.R.L.

/

Case No. 26 MC 773

**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Agatha Koprowski, Trial Attorney, at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining financial records from Morgan Stanley Smith Barney LLC ("Morgan Stanley"). Certain evidence has been requested by the National Labor Court of First Instance No. 71 in Buenos Aires, Argentina ("Argentine Court"), pursuant to a Letter of Request issued by the Argentine Court in connection with a civil judicial proceeding captioned *Maria Ximena Vieites v. Google Argentina S.R.L.*, Foreign Reference Number 2083/2026.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: October 27, 2026

Respectfully submitted,

KELLY O. HAYES
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General

BRENNA E. JENNY
Deputy Assistant Attorney General
United States Department of Justice, Civil Division

By: ______________________________
AGATHA KOPROWSKI*
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8014
Washington, DC 20530
Telephone: 202-507-6081
Email: agatha.koprowski@usdoj.gov
*Admitted by special appearance*